IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiff,** v. ADAM EASLEY, **Defendant.** | Case No. 2:17-cr-200 JUDGE ALGENON L. MARBLEY |

### ORDER

This matter is before the Court on the Government's Motion to Dismiss the Indictment against Defendant Adam Easley with prejudice. Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and for good cause shown, all counts of the Indictment in this case are hereby **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

_____
ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE

**DATED:** June 19, 2018